IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-00730-ZLW-PAC

CHARLES EICKLEBERRY,

    Applicant,

v.

E.J. GALLEGOS, Warden,

    Respondent,

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

    The above-named Applicant, Charles Eickleberry, is incarcerated and has satisfied this Court that he is financially unable to employ counsel, and because the interests of justice so require, the FEDERAL PUBLIC DEFENDER, 633 17th St., Suite 1000, Denver, Colorado 80202, is appointed to represent the Applicant in this matter. This appointment shall remain in effect until terminated by the Court or a substitute attorney is appointed.

    Dated June 20, 2005.

                                                        By the Court:

                                                        s/ Patricia A. Coan
                                                        PATRICIA A. COAN
                                                        United States Magistrate Judge