IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-00730-ZLW-PAC

CHARLES EICKLEBERRY,

    Applicant,

v.

E.J. GALLEGOS, Warden,

    Respondent,

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Applicant's Unopposed Motion to Amend Courtroom Minutes [filed July 20, 2005] is GRANTED.  The Courtroom Minutes/Minute Order dated July 12, 2005 is amended to reflect applicants request for **30** days good time credit.

Dated:  July 22, 2005