IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  03-cv-0730-ZLW-PAC

CHARLES EICKLEBERRY,

    Applicant,

v.

E.J. GALLEGOS, Warden,

    Respondent.
_____

ORDER OF DISMISSAL
_____

    The matter before the Court is a Stipulated Motion For Dismissal With Prejudice, signed by the attorneys for the parties hereto.  In consideration thereof, it is

    ORDERED that the Stipulated Motion For Dismissal With Prejudice is granted. It is

    FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorney's fees.

    DATED at Denver, Colorado, this  14  day of December, 2005.

                                     BY THE COURT:

                                     _____
                                     ZITA L. WEINSHIENK,  Senior Judge
                                     United States District Court